Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**25-00662 SECT.HMAG.5**

RANDY MARTONO-CHAI, indiv.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

EMPOWER CONSULTING GROUP LLC, a Florida-based Limited Liability Company;
ONYX ECOM, LLC, a Wyoming-based Limited Liability Company;
LIMITLESS PROFITS LLC, a Utah-based Limited Liability Company;
BLAKE EVERTSEN, indiv.; EYAD ABBAS, indiv.; KEVIN VIEIRA, indiv.;
JASON REY RODRIGUEZ, indiv.; & ANDREW GIORGI, indiv.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Randy Martono-Chai
Street Address: P.O. Box 58074
City and County: New Orleans, Orleans Par.
State and Zip Code: LA 70158
Telephone Number: (909) 266-6937
E-mail Address: randy.martono-chai@hotmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | EMPOWER CONSULTING GROUP LLC |
| Job or Title *(if known)* | a Florida-based Limited Liability Company |
| Street Address | 7901 4TH ST. N, STE 300 |
| City and County | ST. PETERSBURG, PINELLAS CO. |
| State and Zip Code | FL 33702 |
| Telephone Number | 407-399-1798 |
| E-mail Address *(if known)* | info@empowerconsultingpartners.com |

Defendant No. 2

| | |
|---|---|
| Name | ONYX ECOM, LLC |
| Job or Title *(if known)* | a Wyoming-based Limited Liability Company |
| Street Address | 1095 SUGAR VIEW DR., STE 100 |
| City and County | SHERIDAN, SHERIDAN CO. |
| State and Zip Code | WY 82801 |
| Telephone Number | 307-683-0983 |
| E-mail Address *(if known)* | support@onyxecom.com |

Defendant No. 3

| | |
|---|---|
| Name | LIMITLESS PROFITS LLC |
| Job or Title *(if known)* | a Utah-based Limited Liability Company |
| Street Address | 2986 LEHMAN AVE., APT. 419 |
| City and County | WEST VALLEY, SALT LAKE CO. |
| State and Zip Code | UT 84119 |
| Telephone Number | 917-684-2274   OR   219-307-6525   OR   407-450-2192 |
| E-mail Address *(if known)* | support@limitlessprofitsco.com |

Defendant No. 4

| | |
|---|---|
| Name | EYAD ABBAS |
| Job or Title *(if known)* | CEO of EMPOWER CONSULTING GROUP LLC |
| Street Address | 16901 COLLINS AVE., UNIT 4605 |
| City and County | SUNNY ISLES BEACH, MIAMI-DADE CO. |
| State and Zip Code | FL 33610 |
| Telephone Number | 407-399-1798 |
| E-mail Address *(if known)* | eyad@empowerconsultingpartners.com |

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. §§ 1962(a)–(d) (RICO), 1343 (Wire Fraud), 2314 (Interstate Transport of Stolen Property), 1028A (ID Theft), 1952 (Travel in Aid of Racketeering), 1030 (CFAA), 1836 (DTSA); 15 U.S.C. § 1125(a) (Lanham Act)

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because Plaintiff seeks recovery of over $65,000 in direct payments made to Defendants, plus more than $100,000 in outstanding debt resulting from Defendants' fraud and contract breaches. Plaintiff also seeks treble damages and other relief available under federal RICO law, which brings the total amount in controversy well over $75,000.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/4/2025

Signature of Plaintiff

Printed Name of Plaintiff: Randy Martono-Chai

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 7, 2025 9:34 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | complaint_for_a_civil_case - Flattened.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 7, 2025 - 09:34.

The information for this submission is:

**Filer's Name:** Randy Martono-Chai

**Filer's Email:** randy.martono-chai@hotmail.com

**Filer's Mailing Address:** P.O. Box 58074

**Filer's Phone Number:** 9092666937

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):** Randy Martono-Chai v. Empower Consulting Group LLC, et al

**Submitted Document Description:** Complaint - Amended

1