**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RANDY MARTONO-CHAI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-662** |
| **EMPOWER CONSULTING GROUP LLC, ET AL.** | **SECTION: "H"** |

## ORDER AND REASONS

Before the Court is *pro se* Plaintiff Randy Martono-Chai's second Motion to Extend Time to Complete Service under Federal Rule of Civil Procedure 4(m) (Doc. 53). For the following reasons, Plaintiff's Motion is **GRANTED**.

## BACKGROUND

On April 5, 2025, Plaintiff filed this action against Defendants Empower Consulting Group LLC; Onyx Ecom, LLC; Limitless Profits LLC; Eyad Abbas; Jason Rey Rodriguez; Andrew Giorgi; Blake Evertsen; and Kevin Vieira. Plaintiff alleges that Defendants engaged in racketeering, fraud, and unfair trade practices, committed various state law torts, and breached contracts with Plaintiff. After failing to serve Defendants Giorgi, Evertsen, and Viera, the Plaintiff filed his first Motion to Extend Time to Complete Service.[1] On May 15, 2026, the Court granted Plaintiff's Motion after finding good cause and gave Plaintiff an additional 90 days to serve Defendants.[2] Despite attempts by the U.S. Marshals Service, Defendants Giorgi, Evertsen, and Vieira remain

[1] Doc. 36.
[2] Doc. 45.

unserved.[3] Plaintiff filed the instant Motion to further attempt to effect service upon them.

## LAW AND ANALYSIS

Plaintiff asks the Court for an additional 90 days to serve Defendants Giorgi, Evertsen, and Vieira pursuant to Federal Rule of Civil Procedure 4(m). Rule 4(m) commands the Court to grant an extension of the time limit to serve defendants "if the plaintiff shows good cause for the failure." Here, Plaintiff is proceeding *pro se* and has unsuccessfully attempted to serve Defendants Giorgi, Evertsen, and Vieira via the U.S. Marshals Service during his extension. Plaintiff obtained a new address for Defendant Evertsen and submitted materials to the U.S. Marshals Service to effect service. This attempt failed; however, Plaintiff is continuing his attempt to locate an address at which Defendant Evertsen can be served. In addition, service upon Defendants Vieira and Giorgi is ongoing. Because Plaintiff appears to have made diligent efforts to serve each Defendant, the Court finds that good cause exists to grant Plaintiff an extension of time to serve the unserved Defendants.

## CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall have an additional 90 days from entry of this Order to serve Defendants Giorgi, Evertsen, and Vieira.

[3] Docs. 10–11, 23, and 50.

New Orleans, Louisiana this 16th day of September, 2026.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**